UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRIE HICKS, | ) | |
| Plaintiff, | ) | No. 1:18-cv-1236 |
| | ) | Honorable Paul L. Maloney |
| -v- | ) | |
| | ) | |
| AMERICAN AXLE & MANUFACTURING, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 36), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 29, 2020                             /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge